IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO.: 3:24 cr 87-MOC |
| ) | |
| ) | **BILL OF INDICTMENT** |
| v. ) | |
| ) | Violations: 18 U.S.C. § 922(g)(1) |
| ) | 26 U.S.C. § 5861(d) |
| **DEREK ANTOINE JOHNSON** ) | |
| ) | |

THE GRAND JURY CHARGES:

### COUNT ONE
*(Possession of a Firearm by a Felon)*

From on or about October 18, 2023, to on or about October 19, 2023, in Mecklenburg County, within the Western District of North Carolina, the defendant,

DEREK ANTOINE JOHNSON,

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Glock, model 45, 9mm semi-automatic pistol, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO
*(Possession of a Firearm Not Registered in the National Firearms Registration and Transfer Record)*

From on or about October 18, 2023, to on or about October 19, 2023, in Mecklenburg County, within the Western District of North Carolina, the defendant,

DEREK ANTOINE JOHNSON,

knowingly and unlawfully possessed a firearm, to wit: an improvised explosive bomb which is a destructive device as defined in 26 U.S.C. § 5845(f), not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

### COUNT THREE
*(Possession of a Firearm Not Registered in the National Firearms Registration and Transfer Record)*

From or about October 18, 2023, to on or about October 19, 2023, in Mecklenburg County, within the Western District of North Carolina, the defendant,

DEREK ANTOINE JOHNSON,

knowingly and unlawfully possessed a firearm, to wit: an improvised explosive bomb which is a destructive device as defined in 26 U.S.C. § 5845(f), not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of the provisions of 18 U.S.C. § 924(d), 26 U.S.C. § 5872, 28 U.S.C. § 2461, and the statutes incorporated or referred to therein. The firearms and/or ammunition listed below are subject to forfeiture in accordance with Sections 924, 5872, and/or 2461 because they were involved in, used, or intended to be used in the violation alleged in this bill of indictment.

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above: a Glock, model 45, 9mm semi-automatic pistol and two destructive devices (improvised explosive devices).

A TRUE BILL

███████████████████████
FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

_____
DAVID W. KELLY
ASSISTANT UNITED STATES ATTORNEY