

Transcript

# DEREK JOHNSON                                                         Sep 23, 2024

Courses Completed: **340**                                    Credits Earned: **3983**

| Course Name | Completed On | Score | Completion Count | Credits |
|---|---|---|---|---|
| North Point Ministries-Starting Over Part: 3 | Sep 23, 2024 | 100 | 1 | 30 |
| What Is Anger | Sep 23, 2024 | 100 | 1 | 5 |
| Blueprint For Success In College And Career: Unit 1 | Sep 22, 2024 | 80 | 1 | 10 |
| Health Effects Of MDMA (Ecstasy/Molly) | Sep 22, 2024 | 100 | 1 | 3 |
| Health Effects Of Marijuana | Sep 22, 2024 | 100 | 1 | 5 |
| Health Effects Of Heroin | Sep 22, 2024 | 80 | 1 | 3 |
| Drugged Driving | Sep 22, 2024 | 100 | 1 | 3 |
| Drug Use And Viral Infections: HIV & Hepatitis | Sep 22, 2024 | 86 | 1 | 3 |
| DEA Drug Facts: Marijuana/Cannabis | Sep 22, 2024 | 100 | 1 | 3 |
| Worth And Wellness - Your Everyday Journey | Sep 22, 2024 | 100 | 1 | 20 |
| Transportation: Lesson 1 - Selecting A Vehicle | Sep 22, 2024 | 75 | 1 | 5 |
| Consumer Protection And Decision Making: Lesson 1 - Advertising And Decision Making | Sep 22, 2024 | 90 | 1 | 5 |
| 12 Steps To Recovery: Part Two | Sep 22, 2024 | 100 | 1 | 30 |
| We All Can Read Introduction | Sep 22, 2024 | — | 1 | 5 |
| 12 Steps To Recovery: Part One | Sep 22, 2024 | 100 | 1 | 30 |
| Triggers And Cravings: Part 6: Dealing With Triggers And Cravings | Sep 22, 2024 | 80 | 1 | 5 |
| Triggers And Cravings: Part 2: The Science Of Addiction | Sep 22, 2024 | 100 | 1 | 5 |
| Triggers And Cravings: Part 5: Disaster Phase | Sep 22, 2024 | 100 | 1 | 5 |
| Triggers And Cravings: Part 4: Disenchantment Phase | Sep 22, 2024 | 100 | 1 | 5 |
| Triggers And Cravings: Part 3: Introductory And Maintenance Phases Of Addiction | Sep 22, 2024 | 100 | 1 | 5 |
| Women For Sobriety: New Life Diary | Sep 22, 2024 | 100 | 1 | 10 |
| DEA Drug Facts: Stimulants | Sep 22, 2024 | 92 | 1 | 5 |
| The Next Step...Toward A Better Life | Sep 22, 2024 | 88 | 1 | 5 |
| Formulas For Career Success: Higher Learning | Sep 22, 2024 | 90 | 1 | 10 |
| Multiple Pathways Of Recovery - A Guide For Individuals And Families | Sep 21, 2024 | 92 | 1 | 5 |
| McShin Foundation: Get In The Herd Kevin Weisert Tattoo Artist | Sep 21, 2024 | 100 | 1 | 5 |
| McShin Foundation: Get In The Herd Henrico With Travis, Michael, And Coleman | Sep 21, 2024 | 100 | 1 | 5 |
| McShin Foundation: Get In The Herd Gary Blais Henrico East | Sep 21, 2024 | 100 | 1 | 5 |
| McShin Foundation: Get In The Herd Powerful Speaker Henrico East | Sep 21, 2024 | 100 | 1 | 5 |
| Worth And Wellness Closing Survey | Sep 21, 2024 | — | 1 | 10 |
| McShin Foundation: Get In The Herd Ray Ray And Sarah | Sep 21, 2024 | 100 | 1 | 5 |
| Understanding Suicide | Sep 06, 2024 | 100 | 1 | 5 |
| Five Ways To Earn Money While Looking For A Job | Sep 06, 2024 | — | 1 | 10 |
| Thrauma | Sep 06, 2024 | 100 | 1 | 15 |
| Social Anxiety | Sep 06, 2024 | 90 | 1 | 20 |
| Conflict Resolution | Sep 06, 2024 | 86 | 1 | 5 |

Copyright © 2024 All rights reserved



| Title | Date | Score | Attempts | Duration |
|---|---|---|---|---|
| Interpersonal Communication | Sep 06, 2024 | 80 | 1 | 5 |
| Motivation To Change | Sep 06, 2024 | 80 | 1 | 5 |
| North Point Ministries-Starting Over Part: 2 | Sep 06, 2024 | 75 | 1 | 20 |
| Triggers And Cravings: Part 1: What Is Addiction? | Sep 06, 2024 | 100 | 1 | 5 |
| McShin Foundation CARE Talks: Ginny Atwood | Sep 06, 2024 | 100 | 1 | 5 |
| Parenting While Incarcerated - Lesson 1, Impact On Your Family | Sep 05, 2024 | 100 | 1 | 5 |
| Parenting While Incarcerated - Program Introduction | Sep 05, 2024 | — | 1 | 3 |
| Worth & Wellness: Thriving Community | Sep 05, 2024 | 100 | 1 | 25 |
| McShin Foundation CARE Talks: Eric Oliver | Sep 05, 2024 | 100 | 1 | 5 |
| Social Media: Navigating Safely | Sep 04, 2024 | 100 | 1 | 25 |
| McShin Foundation CARE Talks: John Finn, Jr | Sep 04, 2024 | 100 | 1 | 5 |
| McShin Foundation CARE Talks: Ryan Riggs | Sep 04, 2024 | 100 | 1 | 5 |
| McShin Foundation: Project Inside Hope: Episode 1 | Sep 04, 2024 | 88 | 1 | 5 |
| McShin Foundation: The Opioid Crisis | Sep 04, 2024 | 83 | 1 | 5 |
| McShin Foundation CARE Talks: Stewart Morris | Sep 04, 2024 | 100 | 1 | 5 |
| McShin Foundation: Breaking The Bondage Of Addictions Jan. 17 LIVE At The McShin Foundation | Sep 04, 2024 | 100 | 1 | 10 |
| Road-map For Recovery: Part 4: Addressing Triggers | Sep 04, 2024 | 100 | 1 | 5 |
| Road-map For Recovery: Part 3: Early Abstinence | Sep 04, 2024 | 100 | 1 | 3 |
| Road-map For Recovery: Part 2: The Importance Of Scheduling | Sep 04, 2024 | 100 | 1 | 3 |
| McShin Foundation: Get In The Herd Podcast With John, Chelsie, Brittany, And Jill | Sep 04, 2024 | 80 | 1 | 10 |
| Road-map For Recovery: Part 1: Recovery Begins With Withdrawal | Sep 04, 2024 | 100 | 1 | 5 |
| McShin Foundaton CARE Talks: Simone Williams | Sep 04, 2024 | 100 | 1 | 5 |
| McShin Foundation: Tim Ryan's Story | Sep 04, 2024 | 80 | 1 | 5 |
| McShin Foundation: Project Inside Hope: Episode 7 | Sep 04, 2024 | 83 | 1 | 5 |
| McShin Foundation: Project Inside Hope: Episode 6 | Sep 04, 2024 | 100 | 1 | 5 |
| McShin Foundation: Project Inside Hope: Episode 5 | Sep 04, 2024 | 100 | 1 | 5 |
| McShin Foundation: Project Inside Hope: Episode 4 | Sep 04, 2024 | 100 | 1 | 5 |
| McShin Foundation: Project Inside Hope: Episode 2 | Sep 04, 2024 | 90 | 1 | 5 |
| McShin Foundation: Project Inside Hope: Episode 3 | Sep 04, 2024 | 80 | 1 | 5 |
| McShin Foundation: Personal Stories Of Recovery | Sep 04, 2024 | 100 | 1 | 5 |
| MCShin Foundation CARE Talks: Marshall Tucker | Sep 04, 2024 | 100 | 1 | 3 |
| McShin Foundation: Moses Wright's Recovery Group | Sep 04, 2024 | 80 | 1 | 5 |
| McShin Foundation: Get In The Herd Podcast With John, Dixie, And James | Sep 03, 2024 | 80 | 1 | 10 |
| McShin Foundation: Breaking The Bondage Of Addictions LIVE At The McShin Foundation | Sep 03, 2024 | 100 | 1 | 10 |
| McShin Foundation: Get In The Herd Podcast With Alex And Nathan Mitchell Part 3 | Sep 03, 2024 | 100 | 1 | 10 |
| McShin Foundation: Get In The Herd Podcast After Hours With Alex, Nathan, Christopher, & Campbell | Sep 03, 2024 | 100 | 1 | 10 |
| Women For Sobriety: An Introduction | Sep 03, 2024 | 100 | 1 | 5 |
| McShin Foundation: John Shinholser's Story | Sep 03, 2024 | 100 | 1 | 5 |
| McShin Foundation: John Shinholser's Recovery Group | Sep 03, 2024 | 80 | 1 | 5 |
| Opioid Crisis: Living With Substance Use Disorder | Sep 03, 2024 | 80 | 1 | 40 |

Copyright © 2024 All rights reserved



| | | | | |
|---|---|---|---|---|
| McShin Foundation: Jesse Wysocki's Recovery Group | Sep 03, 2024 | 100 | 1 | 5 |
| McShin Foundation: Intake Process Tutorial | Sep 03, 2024 | 86 | 1 | 5 |
| McShin Foundation: Get In The Herd Series February 2020 | Sep 03, 2024 | 100 | 1 | 5 |
| McShin Foundation: Get In The Herd Series | Sep 03, 2024 | 86 | 1 | 5 |
| McShin Foundation CARE Talks: Stephanie Bellanger | Sep 03, 2024 | 100 | 1 | 5 |
| McShin Foundation CARE Talks: Nina McCarthy | Sep 03, 2024 | 100 | 1 | 5 |
| McShin Foundation CARE Talks: Moses Wright February 2020 | Sep 03, 2024 | 100 | 1 | 5 |
| McShin Foundation CARE Talks: Moses Wright | Sep 03, 2024 | 100 | 1 | 5 |
| McShin Foundation CARE Talks: Michael Edwards | Sep 03, 2024 | 100 | 1 | 5 |
| McShin Foundation CARE Talks: Marshall Tucker February 2020 | Sep 03, 2024 | 100 | 1 | 5 |
| McShin Foundation CARE Talks: Lisa Kratz Thomas | Sep 02, 2024 | 100 | 1 | 5 |
| McShin Foundation CARE Talks: Kareemah Gray | Sep 02, 2024 | 100 | 1 | 5 |
| McShin Foundation CARE Talks: Jan Brown | Sep 02, 2024 | 100 | 1 | 5 |
| McShin Foundation CARE Talks: Denise Thomas-Brown | Sep 02, 2024 | 100 | 1 | 5 |
| McShin Foundation CARE Talks: Daryl McGraw | Sep 02, 2024 | 100 | 1 | 5 |
| McShin Foundation CARE Talks: Braxton Collier | Sep 02, 2024 | 100 | 1 | 5 |
| McShin Foundation CARE Talks: Alisa Gregory | Sep 02, 2024 | 100 | 1 | 5 |
| McShin Foudation: Day Of Giving Testimonials 2019 | Sep 02, 2024 | 100 | 1 | 5 |
| McShin - Get In The Herd - Kyle And Andrew Discussing Incarceration And Recovery | Sep 02, 2024 | 100 | 1 | 5 |
| McShin - Get In The Herd - John Shinholser And Jonda Light | Sep 02, 2024 | 100 | 1 | 5 |
| McShin - Get In The Herd - Henrico West | Sep 02, 2024 | 100 | 1 | 5 |
| McShin-Get In The Herd - Reclaiming Control Insights | Sep 02, 2024 | 100 | 1 | 10 |
| McShin Get In The Herd Moe Bayton & Mary Ellen LIVE From Henrico West | Sep 02, 2024 | 100 | 1 | 10 |
| McShin Get In The Herd - Live From Henrico West Jail | Sep 02, 2024 | 100 | 1 | 10 |
| McShin-Get In The Herd - Health Brigade | Sep 02, 2024 | 100 | 1 | 10 |
| McShin Get In The Herd - Live From Henrico Jail East | Sep 02, 2024 | 100 | 1 | 10 |
| McShin Get In The Herd - Interview With Amanda Lewis | Sep 02, 2024 | 100 | 1 | 10 |
| McShin Foundation: Nathan Mitchell And Mike Mullen | Sep 02, 2024 | 100 | 1 | 10 |
| McShin Foundation: Get In The Herd With Nathan Mitchell & Guests Jesse Wysocki & Walter Randall | Sep 02, 2024 | 100 | 1 | 10 |
| McShin Foundation: Get In The Herd With John Shinholser, Nathan Mitchell, & Special Guest Paul Kalchbrenner | Sep 02, 2024 | 100 | 1 | 10 |
| McShin Foundation: Walter Randall, Testify Tuesday | Sep 02, 2024 | 100 | 1 | 15 |
| McShin Foundation: Nathan Mitchell With Guest Pat Jones And Art | Sep 02, 2024 | 100 | 1 | 15 |
| McShin Foundation: Nathan Mitchell And Lela Graham | Sep 02, 2024 | 100 | 1 | 15 |
| McShin Foundation: Nathan Mitchell And Joshua DeLaRosa | Sep 02, 2024 | 100 | 1 | 15 |
| McShin Foundation: Nathan Mitchell And Jamie Alston | Sep 02, 2024 | 100 | 1 | 15 |
| McShin Foundation: Nathan Mitchell And Derian Diggs With Guest Cory Clark | Sep 02, 2024 | 100 | 1 | 15 |
| McShin Foundation: Honesty Liller And Caroline Beidler | Sep 02, 2024 | 100 | 1 | 15 |
| McShin Foundation: Nathan Mitchell And Alex M | Sep 02, 2024 | 100 | 1 | 15 |
| McShin Foundation: Justin Bognar And Gigi Langer | Sep 02, 2024 | 100 | 1 | 15 |

Copyright © 2024 All rights reserved



| | | | | |
|---|---|---|---|---|
| McShin Foundation: Get In The Herd Tammy LIVE From Henrico Jail | Sep 01, 2024 | 100 | 1 | 10 |
| McShin Foundation: Get In The Herd Podcast With Nathan Mitchell With Special Guests Becky Bowers Lanier | Sep 01, 2024 | 100 | 1 | 10 |
| McShin Foundation: Get In The Herd Podcast With Nathan Mitchell & Alex Bond And Special Guest John Winslow | Sep 01, 2024 | 100 | 1 | 10 |
| McShin Foundation: Get In The Herd Podcast With John, Robert, And Sasha | Sep 01, 2024 | 80 | 1 | 10 |
| McShin Foundation: Get In The Herd Podcast With John, Paul, And Andrea | Sep 01, 2024 | 80 | 1 | 10 |
| McShin Foundation: Get In The Herd Podcast With John, Alex, And Robert | Sep 01, 2024 | 80 | 1 | 10 |
| McShin Foundation: Get In The Herd Podcast With John, Alex, And Lisa | Sep 01, 2024 | 80 | 1 | 10 |
| McShin Foundation: Get In The Herd Podcast With John Shinholser & Special Guest Jeff Breedlove | Sep 01, 2024 | 100 | 1 | 10 |
| McShin Foundation: Get In The Herd Podcast With John In America | Sep 01, 2024 | 80 | 1 | 10 |
| McShin Foundation: Get In The Herd Podcast With John And Carol | Sep 01, 2024 | 80 | 1 | 10 |
| McShin Foundation: Get In The Herd Podcast With John And Alex | Sep 01, 2024 | 80 | 1 | 10 |
| McShin Foundation: Get In The Herd Podcast With John & Ryan Riggs | Sep 01, 2024 | 80 | 1 | 10 |
| McShin Foundation: Get In The Herd Podcast With Honesty, Rachel And McKenzie | Sep 01, 2024 | 80 | 1 | 10 |
| McShin Foundation: Get In The Herd Podcast With Alex, Kevin & Joyce | Sep 01, 2024 | 100 | 1 | 10 |
| McShin Foundation: Get In The Herd Podcast With Alex, Casey, And Paul | Sep 01, 2024 | 80 | 1 | 10 |
| McShin Foundation: Get In The Herd Podcast With Alex, Brian, And James | Sep 01, 2024 | 100 | 1 | 10 |
| McShin Foundation: Get In The Herd Podcast With Alex, Brandon, And Courtney | Sep 01, 2024 | 100 | 1 | 10 |
| McShin Foundation: Get In The Herd Podcast With Alex Bond And Nathan Mitchell & Guests Jamie Christopher Baker | Sep 01, 2024 | 100 | 1 | 10 |
| McShin Foundation: Get In The Herd Podcast With Alex Bond And Nathan Mitchell & Guests Debbie And Ed Rosenbaum | Sep 01, 2024 | 100 | 1 | 10 |
| McShin Foundation: Get In The Herd Podcast With Alex Bond And Nathan Mitchell & Guest Patrick J | Sep 01, 2024 | 100 | 1 | 10 |
| McShin Foundation: Get In The Herd Podcast With Alex Bond & Special Guest McShin Participant Check In Rob | Sep 01, 2024 | 100 | 1 | 10 |
| McShin Foundation: Get In The Herd Podcast With Alex And Tommy | Sep 01, 2024 | 100 | 1 | 10 |
| McShin Foundation: Get In The Herd Podcast With Alex And Nathan Mitchell Part 2 | Sep 01, 2024 | 80 | 1 | 10 |
| McShin Foundation: Get In The Herd Podcast After Hours With Honesty, Ryan And Garrett | Sep 01, 2024 | 100 | 1 | 10 |
| McShin Foundation: Get In The Herd Podcast After Hours | Sep 01, 2024 | 80 | 1 | 10 |

Copyright © 2024 All rights reserved



| Title | Date | Score | Attempts | Time |
|---|---|---|---|---|
| With Alex, William, & Johnny | | | | |
| McShin Foundation: Get In The Herd Podcast After Hours With Alex, Tyler, And Jeff | Sep 01, 2024 | 80 | 1 | 10 |
| McShin Foundation: Get In The Herd Podcast After Hours With Alex, Tina, And Laurie | Sep 01, 2024 | 100 | 1 | 10 |
| McShin Foundation: Get In The Herd Podcast After Hours With Alex, Terry, And Jason | Sep 01, 2024 | 100 | 1 | 10 |
| McShin Foundation: Get In The Herd Podcast After Hours With Alex, Mike, & Richard | Aug 31, 2024 | 80 | 1 | 10 |
| McShin Foundation: Get In The Herd Podcast After Hours With Alex, Mike, Debbie, And Beth | Aug 31, 2024 | 100 | 1 | 10 |
| McShin Foundation: Get In The Herd Podcast After Hours With Alex, Johnny, And Joanna | Aug 31, 2024 | 80 | 1 | 10 |
| McShin Foundation: Get In The Herd Podcast After Hours With Alex, Jeff, And Tina | Aug 31, 2024 | 80 | 1 | 10 |
| McShin Foundation: Get In The Herd Podcast After Hours With Alex, Michael, Melissa, And Tom | Aug 31, 2024 | 80 | 1 | 10 |
| McShin Foundation: Get In The Herd Podcast After Hours With Alex, Frank, And Anthony | Aug 31, 2024 | 100 | 1 | 10 |
| McShin Foundation: Get In The Herd Podcast After Hours With Alex, Dixie, Kelly, And Mary | Aug 31, 2024 | 80 | 1 | 10 |
| McShin Foundation: Get In The Herd Podcast After Hours With Alex Bond & Guests Julie Funkhouser, Johnny Fab, & Mike Todd | Aug 31, 2024 | 100 | 1 | 10 |
| McShin Foundation: Get In The Herd Podcast After Hours With Alex, David, And Jason | Aug 31, 2024 | 80 | 1 | 10 |
| McShin Foundation: Get In The Herd Podcast After Hours With Alex Bond & Guests Michael Williams Jr. & Lernell Williams | Aug 31, 2024 | 100 | 1 | 10 |
| McShin Foundation: Get In The Herd After Hours With Alex Bond & Guests Sam Blair And Jay Kiser | Aug 31, 2024 | 100 | 1 | 10 |
| McShin Foundation: Get In The Herd Mandie Brando From Henrico Jail | Aug 31, 2024 | 100 | 1 | 10 |
| McShin Foundation: Get In The Herd After Hours With Alex Bond & Guest Tyler Thompson & Luke Durbin | Aug 31, 2024 | 100 | 1 | 10 |
| McShin Foundation: Breaking The Bondage Of Addictions Jan. 24 LIVE At The McShin Foundation | Aug 31, 2024 | 100 | 1 | 10 |
| McShin Foundation: Derian Diggs And Greg Taber | Aug 31, 2024 | 100 | 1 | 15 |
| Explained - Stock Markets | Aug 31, 2024 | 100 | 1 | 5 |
| Trustworthiness: Why It Matters And How To Develop It | Aug 31, 2024 | 100 | 1 | 5 |
| Worth And Wellness - Nutrition | Aug 30, 2024 | 100 | 1 | 25 |
| Basic Shop Safety | Aug 30, 2024 | 93 | 1 | 10 |
| Professional Development: Decision-Making: Unit 1: A Framework For Decision-Making | Aug 30, 2024 | 100 | 1 | 5 |
| Step Up Men's Group | Aug 30, 2024 | 67 | 1 | 20 |
| Working Through Negative Emotions: Part 2: Jealousy | Aug 30, 2024 | 100 | 1 | 20 |
| Prioritize Like A Pro | Aug 30, 2024 | 100 | 1 | 5 |
| Working Through Negative Emotions: Part 1: Resentment | Aug 30, 2024 | 60 | 1 | 15 |
| Organizing Your Home Life | Aug 30, 2024 | 90 | 1 | 10 |
| How Congress Works | Aug 30, 2024 | 100 | 1 | 10 |

Copyright © 2024 All rights reserved



| Course | Date | Score | Attempts | Time |
|---|---|---|---|---|
| Negotiations And Conflict Management: Unit 1: What Is Negotiation? | Aug 30, 2024 | 100 | 1 | 5 |
| Meditation | Aug 30, 2024 | 94 | 1 | 15 |
| Explained: Constructive Criticism/Feedback | Aug 30, 2024 | 100 | 1 | 10 |
| Explained - Protecting Reputations Online | Aug 30, 2024 | 100 | 1 | 5 |
| Developing Initiative: A Key Attitude For Personal Effectiveness | Aug 30, 2024 | 100 | 1 | 5 |
| Explained: Online Basics - Digital Lifestyle | Aug 29, 2024 | 100 | 1 | 10 |
| Explained - Insurance | Aug 29, 2024 | 100 | 1 | 5 |
| Explained - Digital Literacy | Aug 29, 2024 | 100 | 1 | 5 |
| Explained - Disinformation | Aug 29, 2024 | 100 | 1 | 5 |
| Explained - Electing A US President | Aug 29, 2024 | 100 | 1 | 5 |
| Explained - Facts And Opinions | Aug 29, 2024 | 100 | 1 | 5 |
| How To Boost Self-Awareness | Aug 29, 2024 | 100 | 1 | 5 |
| DEA Drug Facts: Narcotics | Aug 29, 2024 | 88 | 1 | 5 |
| DEA Drug Facts: Hallucinogens | Aug 29, 2024 | 92 | 1 | 5 |
| Journaling - What Is It And What Are The Benefits? | Aug 29, 2024 | 100 | 1 | 15 |
| Letting Go Of Anger | Aug 29, 2024 | 100 | 1 | 5 |
| Positive But Realistic Thinking | Aug 29, 2024 | 100 | 1 | 5 |
| How To Develop A Strong Internal Locus Of Control | Aug 29, 2024 | 100 | 1 | 10 |
| Victim Awareness | Aug 28, 2024 | 100 | 1 | 10 |
| How To Be Okay | Aug 28, 2024 | 100 | 1 | 10 |
| Worth & Wellness: Mental Wellness | Aug 28, 2024 | 95 | 1 | 25 |
| How To Prioritize Fun For Improved Mental Health | Aug 28, 2024 | 100 | 1 | 10 |
| Developing Empathy: Creating The Human Connection | Aug 28, 2024 | 100 | 1 | 5 |
| Coping With Stress | Aug 28, 2024 | 100 | 1 | 5 |
| Personal Values | Aug 28, 2024 | 100 | 1 | 10 |
| DUCC Persevere And Finish Strong Bible Study | Aug 28, 2024 | 83 | 1 | 30 |
| Rock Of Ages: Making The Change | Aug 28, 2024 | 88 | 1 | 10 |
| Rock Of Ages: The Bible | Aug 28, 2024 | 88 | 1 | 10 |
| Rock Of Ages: Heart Of The Problem | Aug 28, 2024 | 77 | 1 | 10 |
| Rock Of Ages: Meaning Of Life | Aug 28, 2024 | 100 | 1 | 10 |
| Rock Of Ages: Don't Take The Bait | Aug 28, 2024 | 100 | 1 | 10 |
| Rock Of Ages: God | Aug 28, 2024 | 100 | 1 | 10 |
| How To Create A Calmer Household | Aug 28, 2024 | 100 | 1 | 10 |
| Lifesupport Resources By Five Stone Media | Aug 27, 2024 | 100 | 1 | 10 |
| Benefits Of Going To The Doctor | Aug 27, 2024 | 100 | 1 | 20 |
| Power Of Humor | Aug 27, 2024 | 100 | 1 | 15 |
| Cognitive Behavioral Therapy: Introduction | Aug 27, 2024 | 100 | 1 | 10 |
| Critical Thinking | Aug 27, 2024 | 100 | 1 | 10 |
| PRISON FELLOWSHIP® Stories Of Transformation Part 2 | Aug 27, 2024 | 100 | 1 | 10 |
| McShin - Get In The Herd - Henrico East With Kevin Bland | Aug 27, 2024 | 100 | 1 | 10 |
| Getting A Job Or Furthering Your Education: Lesson 1- Find A Job | Aug 27, 2024 | 100 | 1 | 5 |
| News Inside Issue 16 | Aug 27, 2024 | 90 | 1 | 10 |
| News Inside Issue 15 | Aug 27, 2024 | 80 | 1 | 10 |
| Inside Story - What People Really Make From Prison Jobs | Aug 27, 2024 | — | 1 | 10 |
| Inside Story - The TikTokers Revealing Life Inside | Aug 27, 2024 | — | 1 | 10 |

Copyright © 2024 All rights reserved



| | | | | |
|---|---|---|---|---|
| Inside Story - The Rise Of Life Without Parole | Aug 27, 2024 | — | 1 | 10 |
| Inside Story - The Mothers Jailed For Pregnancy Loss | Aug 27, 2024 | — | 1 | 10 |
| Inside Story - Teens Who Suffered Solitary Confinement | Aug 27, 2024 | — | 1 | 10 |
| Inside Story - Rethinking Prison Tourism In America | Aug 27, 2024 | — | 1 | 10 |
| Inside Story - One Of America's Deadliest Prisons | Aug 27, 2024 | — | 1 | 10 |
| Guide To Successful Reentry | Aug 26, 2024 | 100 | 1 | 10 |
| This Is The Gospel, Part One | Aug 26, 2024 | — | 1 | 5 |
| Encouraging Words Summer 2022 | Aug 26, 2024 | — | 1 | 5 |
| Encouraging Words November 2021 | Aug 26, 2024 | — | 1 | 5 |
| Encouraging Words Newsletter September 2021 | Aug 26, 2024 | — | 1 | 5 |
| Encouraging Words March 2023 | Aug 26, 2024 | — | 1 | 5 |
| Encouraging Words January 2023 | Aug 26, 2024 | — | 1 | 5 |
| Encouraging Words Christmas 2022 | Aug 26, 2024 | — | 1 | 5 |
| Encouraging Words 2023 Volume 3 Issue 4 | Aug 26, 2024 | — | 1 | 5 |
| Doing Time Podcast From Crossroads Ministries Episode Three | Aug 26, 2024 | — | 1 | 5 |
| Doing Time Podcast From Crossroads Ministries Episode Six | Aug 26, 2024 | — | 1 | 5 |
| Doing Time Podcast From Crossroads Ministries Episode Seven | Aug 26, 2024 | — | 1 | 5 |
| Doing Time Podcast From Crossroads Ministries Episode Four | Aug 26, 2024 | — | 1 | 5 |
| Doing Time Podcast From Crossroads Ministries Episode Five | Aug 26, 2024 | — | 1 | 5 |
| Victorious Living Magazine: Issue Two | Aug 25, 2024 | 98 | 1 | 15 |
| Victorious Living Magazine: Between A Rock And A Hard Place | Aug 25, 2024 | — | 1 | 15 |
| Inside Story - Fatal Police Shootings In Rural America | Aug 25, 2024 | — | 1 | 10 |
| Inside Journal - Fall 2022 | Aug 25, 2024 | — | 1 | 5 |
| Career Interest Survey | Aug 24, 2024 | — | 1 | 10 |
| PROVERBS 31 Ministries - IT'S NOT SUPPOSED TO BE THIS WAY - Week 2 | Aug 24, 2024 | 100 | 1 | 5 |
| PROVERBS 31 Ministries - IT'S NOT SUPPOSED TO BE THIS WAY - Week 1 | Aug 24, 2024 | 100 | 1 | 5 |
| The Power Of Choice: Empowering Strategies For Anger Management | Aug 24, 2024 | 100 | 1 | 30 |
| Courage For Life - 7 DAY CHALLENGE - Day 7 | Aug 23, 2024 | 100 | 1 | 3 |
| Courage For Life - 7 DAY CHALLENGE - Day 6 | Aug 23, 2024 | 100 | 1 | 3 |
| Courage For Life - 7 DAY CHALLENGE - Day 5 | Aug 23, 2024 | 100 | 1 | 3 |
| Courage For Life - 7 DAY CHALLENGE - Day 4 | Aug 23, 2024 | 100 | 1 | 3 |
| Courage For Life - 7 DAY CHALLENGE - Day 3 | Aug 23, 2024 | 100 | 1 | 3 |
| Courage For Life - 7 DAY CHALLENGE - Day 2 | Aug 23, 2024 | 100 | 1 | 3 |
| Courage For Life - 7 DAY CHALLENGE - Day 1 | Aug 23, 2024 | 100 | 1 | 3 |
| Purpose Driven Life, Lesson Six | Aug 23, 2024 | 100 | 1 | 10 |
| Purpose Driven Life, Lesson Five | Aug 23, 2024 | 100 | 1 | 10 |
| Purpose Driven Life, Lesson Four | Aug 23, 2024 | 100 | 1 | 10 |
| Purpose Driven Life, Lesson Three | Aug 23, 2024 | 100 | 1 | 10 |
| Purpose Driven Life, Lesson Two | Aug 23, 2024 | 100 | 1 | 10 |
| Purpose Driven Life, Lesson One | Aug 23, 2024 | 100 | 1 | 20 |

Copyright © 2024 All rights reserved

Transcript

| | | | | |
|---|---|---|---|---|
| COMPASS – FINANCES GOD'S WAY™, Chapter 5 | Aug 23, 2024 | 100 | 1 | 10 |
| COMPASS – FINANCES GOD'S WAY™, Chapter 4 | Aug 23, 2024 | 100 | 1 | 10 |
| COMPASS – FINANCES GOD'S WAY™, Chapter 3 | Aug 23, 2024 | 100 | 1 | 10 |
| COMPASS – FINANCES GOD'S WAY™, Chapter 2 | Aug 23, 2024 | 100 | 1 | 10 |
| COMPASS – FINANCES GOD'S WAY™, Chapter 1 | Aug 23, 2024 | 100 | 1 | 10 |
| Hot Topics: Addiction | Aug 23, 2024 | 100 | 1 | 10 |
| Faces Of Change: Do I Have A Problem With Alcohol Or Drugs? | Aug 23, 2024 | 83 | 1 | 5 |
| Anger Triggers | Aug 23, 2024 | 100 | 1 | 5 |
| Anger Management For Substance Abuse And Mental Health Clients | Aug 23, 2024 | 97 | 1 | 10 |
| North Point Ministries-Starting Over Part: 1 | Aug 23, 2024 | 50 | 1 | 30 |
| Inside Story - COVID-19 And Vaccine Mistrust Behind Bars | Aug 22, 2024 | 100 | 1 | 15 |
| Anger Management And Cognitive Behavioral Therapy | Aug 22, 2024 | 86 | 1 | 15 |
| Common Mental Health Problems: Beyond Coping Skills | Aug 21, 2024 | 100 | 1 | 5 |
| Common Mental Health Problems: Suicidality | Aug 21, 2024 | 100 | 1 | 5 |
| Common Mental Health Problems: Substance Use Disorder | Aug 21, 2024 | 100 | 1 | 5 |
| Common Mental Health Problems: PTSD | Aug 21, 2024 | 86 | 1 | 10 |
| Common Mental Health Problems: Generalized Anxiety | Aug 21, 2024 | 90 | 1 | 5 |
| Common Mental Health Problems: Depression | Aug 21, 2024 | 90 | 1 | 5 |
| Common Mental Health Problems: Introduction | Aug 20, 2024 | 91 | 1 | 5 |
| Harm Reduction Pre-Survey | Aug 19, 2024 | — | 1 | — |
| Chasing The Dragon: The Opioid Epidemic | Aug 19, 2024 | 100 | 1 | 10 |
| Aggression Management | Aug 19, 2024 | 100 | 1 | 5 |
| "Choices" A Criminal Justice Workbook Part: Four | Aug 19, 2024 | 100 | 1 | 10 |
| "Choices" A Criminal Justice Workbook Part: Three | Aug 19, 2024 | 100 | 1 | 10 |
| "Choices" A Criminal Justice Workbook Part: Two | Aug 19, 2024 | 100 | 1 | 10 |
| 42 Welcome Home - Can I Trust You? | Aug 19, 2024 | 100 | 1 | 5 |
| Adaptability: Why It Matters And How To Develop It | Aug 19, 2024 | 100 | 1 | 5 |
| 50 Welcome Home - You Already Know The Deal | Aug 19, 2024 | 100 | 1 | 5 |
| 49 Welcome Home - Remembering Can Be A Good Thing! | Aug 19, 2024 | 100 | 1 | 5 |
| 43 Welcome Home - I Don't Get Mad. I Get Even. | Aug 19, 2024 | 100 | 1 | 5 |
| 40 Welcome Home - It Was Eatin' Me Alive! | Aug 19, 2024 | 100 | 1 | 5 |
| 34 Welcome Home - You're The One Who Missed It! | Aug 19, 2024 | 100 | 1 | 5 |
| 32 Welcome Home - Benjamin "Buck Benny" Mays | Aug 19, 2024 | 100 | 1 | 5 |
| 29 Welcome Home - Only A Punk Asks For Help | Aug 19, 2024 | 100 | 1 | 5 |
| 24 Welcome Home - It's Not All About Me | Aug 18, 2024 | 100 | 1 | 5 |
| 22 Welcome Home - Somebody Else Needs You | Aug 18, 2024 | 100 | 1 | 10 |
| 20 Welcome Home - "One Thing We All Adore Something Worth Dying For Nothing But Pain Stuck In This Game Searching For Fortune And Fame" | Aug 18, 2024 | 100 | 1 | 5 |
| 19 Welcome Home - What Is Going To Happen To My Children? | Aug 18, 2024 | 100 | 1 | 5 |
| 17 Welcome Home - Your Next Decision | Aug 18, 2024 | 100 | 1 | 5 |
| 15 Welcome Home - Understanding The Process | Aug 18, 2024 | 100 | 1 | 5 |
| Parenting: Why Maintain Relationships | Aug 18, 2024 | 100 | 1 | 5 |
| 3 Dimensions Of Focus | Aug 18, 2024 | 100 | 1 | 10 |
| 16 Welcome Home - Everybody Deserves A Job | Aug 18, 2024 | 100 | 1 | 5 |
| 14 Welcome Home - On April 3, 2015, Anthony Ray Hinton | Aug 18, 2024 | 100 | 1 | 5 |

Case 3:24-cr-00087-MOC-DCK    Document 36    Filed 05/07/25    Page 8 of 9

Copyright © 2024 All rights reserved                                                                                                Page 8 of 9



| | | | | |
|---|---|---|---|---|
| Came Home | | | | |
| 12 Steps To Recovery: Introduction | Aug 18, 2024 | 83 | 1 | 10 |
| 18 Welcome Home - I Wished I Could Be One Of Them | Aug 18, 2024 | 100 | 1 | 10 |
| 13 Welcome Home - Stopping The Curse | Aug 18, 2024 | 100 | 1 | 5 |
| 12 Welcome Home - Despising Shame | Aug 18, 2024 | 100 | 1 | 5 |
| 11 Welcome Home - It's A Rainy Night In Georgia | Aug 18, 2024 | 100 | 1 | 10 |
| 10 Welcome Home - I'm A Shareholder | Aug 18, 2024 | 100 | 1 | 5 |
| 09 Welcome Home - Gotta Get Back On My Feet | Aug 18, 2024 | 100 | 1 | 5 |
| 08 Welcome Home - Your Life Has Value, No Matter What You Have Done | Aug 18, 2024 | 100 | 1 | 5 |
| 07 Welcome Home - We Have A Voice, Ya' Heard? | Aug 18, 2024 | 100 | 1 | 10 |
| 06 Welcome Home - Speaking Of Addiction . . . | Aug 18, 2024 | 100 | 1 | 5 |
| 04 Welcome Home - "You Weren't Arrested; You Were Rescued!" | Aug 18, 2024 | 100 | 1 | 10 |
| Beyond Hangovers | Aug 17, 2024 | 80 | 1 | 5 |
| 05 Welcome Home - Who Do You Think You Are? | Aug 17, 2024 | 75 | 1 | 10 |
| 03 Welcome Home - Minding Your Own Business | Aug 16, 2024 | 100 | 1 | 10 |
| 02 Welcome Home - Putting Community In Your Corrections | Aug 16, 2024 | 100 | 1 | 10 |
| 01 Welcome Home - Old Year Out, New Year In | Aug 16, 2024 | 100 | 1 | 10 |
| "Choices" A Criminal Justice Workbook Part: One | Aug 16, 2024 | 100 | 1 | 10 |
| Celebrate Recovery - Lesson 24: Yes | Aug 16, 2024 | 100 | 1 | 20 |
| Celebrate Recovery - Lesson 23: Give | Aug 16, 2024 | 100 | 1 | 20 |
| Celebrate Recovery - Lesson 22: Gratitude | Aug 15, 2024 | 90 | 1 | 20 |
| Celebrate Recovery - Lesson 21: Relapse | Aug 15, 2024 | 100 | 1 | 20 |
| Celebrate Recovery - Lesson 20: Daily Inventory | Aug 15, 2024 | 90 | 1 | 20 |
| Celebrate Recovery - Lesson 19: Crossroads | Aug 15, 2024 | 100 | 1 | 20 |
| Celebrate Recovery - Lesson 18: Grace | Aug 15, 2024 | 100 | 1 | 40 |
| Celebrate Recovery - Lesson 17: Forgiveness | Aug 15, 2024 | 100 | 1 | 20 |
| Celebrate Recovery - Lesson 16: Amends | Aug 15, 2024 | 100 | 1 | 20 |
| Celebrate Recovery - Lesson 15: Victory | Aug 15, 2024 | 100 | 1 | 20 |
| Celebrate Recovery - Lesson 14: Ready | Aug 15, 2024 | 100 | 1 | 20 |
| Celebrate Recovery - Lesson 13: Admit | Aug 15, 2024 | 100 | 1 | 20 |
| Celebrate Recovery - Lesson 12: Confess | Aug 15, 2024 | 90 | 1 | 20 |
| Celebrate Recovery - Lesson 11: Spiritual Inventory Part Two | Aug 15, 2024 | 100 | 1 | 20 |
| Celebrate Recovery - Lesson 10: Spiritual Inventory | Aug 15, 2024 | 100 | 1 | 20 |
| Celebrate Recovery - Lesson 9: Inventory | Aug 15, 2024 | 100 | 1 | 20 |
| Celebrate Recovery - Lesson 8: Moral | Aug 15, 2024 | 100 | 1 | 20 |
| Celebrate Recovery - Lesson 6: Action | Aug 15, 2024 | 100 | 1 | 20 |
| Celebrate Recovery - Lesson 5: Turn | Aug 15, 2024 | 100 | 1 | 20 |
| Celebrate Recovery - Lesson 4: Sanity | Aug 15, 2024 | 100 | 1 | 20 |
| Celebrate Recovery - Lesson 3: Hope | Aug 15, 2024 | 100 | 1 | 20 |
| Celebrate Recovery - Lesson 2: Powerless | Aug 15, 2024 | 100 | 1 | 20 |
| Celebrate Recovery - Lesson 1: Denial | Aug 15, 2024 | 100 | 1 | 20 |
| Celebrate Recovery - Introduction | Aug 15, 2024 | — | 1 | 20 |
| Risk/Need Assessment | Aug 15, 2024 | — | 1 | 15 |

Copyright © 2024 All rights reserved